# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JOHN MCDONALD,          )
                                  )

      Petitioner,         )
                                  )

v.                             )        Case No. CIV-19-209-SLP
                                  )

RAYMOND BYRD, Warden, and  )
JOE ALLBAUGH,           )
                                  )

      Respondents.      )

## ORDER

Before the Court is the Report and Recommendation of United Magistrate Judge Suzanne Mitchell entered herein on March 15, 2019 [Doc. No. 7]. Judge Mitchell recommended that Petitioner's application for leave to proceed *in forma pauperis* be denied and that this matter be dismissed without prejudice unless Petitioner pays the $5.00 filing fee within 21 days from March 15, 2019. On March 19, 2019, Petitioner paid the $5.00 filing fee. Therefore, the Report and Recommendation is adopted in its entirety. The Application for Leave to Proceed *In Forma Pauperis* [Doc. No. 5] is denied and this matter is re-referred to United States Magistrate Judge Suzanne Mitchell in accordance with the previous Order of referral entered herein on March 5, 2019.

IT IS SO ORDERED this 20th day of March, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE